192 So. 910

**Lewis ADKISON, alias, v. STATE.**

**4 Div. 554.**

Court of Appeals of Alabama.
Nov. 14, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

199 So. 905

**James ALEXANDER v. STATE.**

**1 Div. 370.**

Court of Appeals of Alabama.
Nov. 26, 1940.

Kenneth Henderson, of Mobile, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

190 So. 919

**Fred ALLEN v. STATE.**

**8 Div. 870.**

Court of Appeals of Alabama.
June 20, 1939.

Wm. Stell, of Russellville, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

196 So. 899

**Gertrude ALLEN v. STATE.**

**6 Div. 512.**

Court of Appeals of Alabama.
April 30, 1940.

Jim Gibson, of Birmingham, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

193 So. 883

**James ALLEN v. STATE.**

**6 Div. 609.**

Court of Appeals of Alabama.
Jan. 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

193 So. 883

**McClowd ALLEN v. STATE.**

**7 Div. 545.**

Court of Appeals of Alabama.
Jan. 16, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.